STATE OF NEW JERSEY v. VICTOR McCRARY.

December 20, 1983.

Certification to the Superior Court, Law Division, is granted.

ROBERT W. TAYLOR v. BOARD OF EDUCATION FOR THE SCHOOL DISTRICT OF THE CITY OF HOBOKEN, COUNTY OF HUDSON, NEW JERSEY.

December 20, 1983.

Petition for certification denied.   (See 187 *N.J.Super.* 546)

STATE OF NEW JERSEY v. JERRY D. THOMAS.

December 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JERRY D. THOMAS.

December 20, 1983.

Cross-petition for certification denied.